AT THE U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

RECEIVED

Michael Wayne Parsons
Petitioner

2022 JUN -8 AM 5: 11

v.        No. 2:22-cv-2247-MSN-tmp

UNITED STATES OF AMERICA,
STATE OF TENNESSEE
Respondent(s)

---

NOTICE OF OBSTRUCTION OF JUSTICE

PETITION FOR ORDER DIRECTING AGENTS OF RESPONDENT UNITED STATES OF AMERICA TO
CEASE AND DESIST ANY FURTHER OBSTRUCTIVE ACTS

---

By Special Appearance Only, petitioner, Ambassador Mike Parsons hereby serves NOTICE of Obstruction of Justice by agent(s) of respondent UNITED STATES OF AMERICA. Including;

1. On or about April 18, 2022 I was advised that the Clerk of this court mailed a Cerfified Copy of the Petition in this matter to me at the FCC-FORREST CITY LOW Federal Prison, but to date it has never been delivered.

2. On May 02, 2022 I authorized the prison to deduct and mail a check for $5.00 to the Clerk of this Court for the filing fee in this matter and on May 18, 2022, according to the Account Transaction printout, funds were withdrawn for that purpose but as of May 27, 2022, no check had been delivered to the Clerk so I was required to have my wife, Pat Parsons hand deliver the fee before the deadline.

Whereas these facts are a part of the Court Clerks records and according to the facts in my affidavit herein attached and the Account Transaction printout supporting these facts, the Agent(s) of respondent are engaged in a systematic manipulation of the mail and thereby are Obstructing my access to redress of this matter in this court. Therefore, I respectfully MOVE this Court to issue and ORDER DIRECTING RESPONDENT TO CEASE AND DESIST FURTHER OBSTRUCTIVE ACTS. (See Affidavit and Account Transaction Printout)

Respectfully submitted this 27th Day of May 2022.

*[signature]* ... All RIGHTS RESERVED

Ambassador Mike Parsons, all rights and immunities reserved.
Tsilhqot'in Nation-Country of Chilcotin
c/oFCC-FORREST CITY LOW, #30237047
P.O. Box 9000
Forrest City, Arkansas [72336]

CERTIFICATE OF SERVICE

I, Ambassador Mike Parsons of the sovereign Tsilhqot'in Nation-Country of Chilcotin to the United States of America, do hereby certify that the foregoing;

NOTICE OF OBSTRUCTION OF JUSTICE
and
PETITION FOR ORDER DIRECTING AGENTS OF RESPONDENT UNITED STATES OF AMERICA TO CEASE AND DESIST ANY FURTHER OBSTRUCTIVE ACTS

was placed into the institutional system for outgoing mail with the Unit W-A staff by placing this document into the mail box in the unit with 1st Class and Certified mail postage paid thereon this mailing and per Federal Rules, is deemed filed today this 27th day of May 2022. Be advised that the foregoing was mailed to the attention of the Clerk of the Court for the U.S. District Court for the Western District of Tennessee, Western Division at Memphis, 167 North Mail, Memphis Tennessee [38103].

Be advised that this Notice, Petition and Certificate of Service is not, and should not be construed as any form of waiver of any of my rights or immunities, including but not limited to diplomatic immunity as an ambassador of a foreign country and as an Internationally Protected Person.

Respectfully submitted this 27th day of May, 2022.

*ALL RIGHTS RESERVED*
Ambassador Mike Parsons, all rights and immunities reserved.
Tsilhqot'in Nation-Country of Chilcotin
c/o FCC-FORREST CITY LOW, #30237047
P.O. Box 9000
Forrest City, Arkansas [72336]