## AFFIDAVIT of Ambassador Mike Parsons

I, Ambassador Mike Parsons of the sovereign Tsilhqot'in Nation-Country of Chilcotin hereby attest to the following facts I have witnessed and know to be true.

1. On or about April 18, 2022 I was advised that the Clerk of the U.S. District Court for the Western District of Tennessee, Western Division at Memphis mailed a Certified Copy of the Petition filed in the matter of Michael Wayne Parsons v. UNITED STATES OF AMERICA and STATE OF TENNESSEE, Case No. 2:22-cv-2247-MSN-tmp, to me at FCC-FORREST CITY LOW Federal Prison in Forrest City Arkansas.

2. As of May 27, 2022 I have not received the aformentioned Petition from the Clerk of the U.S. District Court for Case No. 2:22-cv-2247-MSN-tmp.

3. On May 02, 2022 I authorized FCC-FORREST CITY to deduct $5.00 from my account and forward it to the Clerk of the Court for the filing fee in the aforementioned case.

4. According to the TRULINCS Account Transaction printout, funds were available at the time I submitted the authorization to deduct $5.00 for the filing fee, however, according to the Account Transaction printout, the funds were not withdrawn for the check until May 18, 2022.

5. Due to the fact the check was never received by the Clerk of the Court in this matter, I was required to have my wife, Pat Parsons hand deliver the filing fee on May 27, 2022 to the Clerk of the Court in order to meet the deadline

6. Since arrival into the Federal Prison system I have experienced a systematic manipulation of the mail sent to me as well as my outgoing correspondence.

7. I have filed grievances with the prison as well as with the Inspector General with no response.

8. It is my experience that all of my correspondence, including diplomatic correspondence and legal mail is opened outside of my presence even though the correspondence is clearly marked *Diplomatic Correspondence* Vienna Convention on Diplomatic Relations Article 30.2, "His correspondence and papers shall likewise be inviolable." and designated as *Special/Legal Mail* and Open in the presents of the inmate only, as required by the Bureau of Prisons Program Statement.

9. Since the beginning of April, all of my request to date for a notary or a Case Manager to verify my signature on legal documents and affidavits has been denied by all of the Case Managers in the Unit I am assigned to for purposes of case load as well as the Unit Managers and the Associate Warden. As such, access to notarize those documents as well as this one has been denied and effectively obstructing my ability to access the court and government agencies and government officials for official business and redress of grievances.

FURTHER AFFIANT SAITH NOT  ... ALL RIGHTS RESERVED,

Ambassador Mike Parsons
Tsilhqot'in nation-Country of Chilcotin
c/o FCC-FORREST CITY LOW, #30237047
P.O. Box 9000
Forrest City, Arkansas [72336]

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
### Personal Inmate Information

**Inmate No:** 30237047  **Inmate Name:** PARSONS, MICHAEL WAYNE  **Available Balance:** $54.90

| Date | Reference # | Transaction Type | Sender Last name | Amount |
| --- | --- | --- | --- | --- |
| 05/25/2022 | TL0525 | TRUL Withdrawal | | -$2.00 |
| 05/25/2022 | 73 | Sales | | -$3.15 |
| 05/25/2022 | 72 | Sales | | -$32.35 |
| 05/25/2022 | TL0525 | TRUL Withdrawal | | -$2.00 |
| 05/23/2022 | TL0523 | TRUL Withdrawal | | -$2.00 |
| 05/23/2022 | 70159303 | Lockbox - CD | | $75.00 |
| 05/20/2022 | TL0520 | TRUL Withdrawal | | -$2.00 |
| 05/18/2022 | TL0518 | TRUL Withdrawal | | -$2.00 |
| 05/18/2022 | 29 | Sales | | -$26.50 |
| 05/18/2022 | 7175 | Court Fees | | -$5.00 |
| 05/18/2022 | 7175 | BP 199 Request - Released | | $5.00 |
| 05/16/2022 | TL0516 | TRUL Withdrawal | | -$2.00 |
| 05/11/2022 | 83 | Sales | | -$6.50 |
| 05/11/2022 | 82 | Sales | | -$5.15 |
| 05/11/2022 | 81 | Sales | | -$84.80 |
| 05/09/2022 | TL0509 | TRUL Withdrawal | | -$2.00 |
| 05/06/2022 | TL0506 | TRUL Withdrawal | | -$2.00 |
| 05/04/2022 | TL0504 | TRUL Withdrawal | | -$5.00 |
| 05/04/2022 | 70158001 | Lockbox - CD | WEBSTER | $100.00 |
| 05/02/2022 | 7175 | BP 199 Request | | -$5.00 |
| 05/02/2022 | TL0502 | TRUL Withdrawal | | -$2.00 |
| 04/29/2022 | TL0429 | TRUL Withdrawal | | -$2.00 |
| 04/29/2022 | TL0429 | TRUL Withdrawal | | -$2.00 |
| 04/29/2022 | 70157701 | Lockbox - CD | | $70.00 |

Inmate #: 30237047