

Ambassador Mike Parsons
Tsilhqot'in Nation-Country of Chilcotin
c/o FCC-FORREST CITY LOW, #30237047
P.O. Box 9000
Forrest City, Arkansas [72336]

*Diplomatic Correspondence*
Vienna Convention on Diplomatic Relations
Article 30.2, "His correspondence and
papers SHALL likewise be inviolable."

CERTIFIED MAIL

7021 2720 0003 0055 9171

Clerk of the Court
U.S. District Court
For the Western District of Tennessee
Western Division at Memphis
167 North Main Street
Memphis, Tennessee [38103]

*Special/Legal Mail